55resp.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Ricardo Lopez-Vera, )
)
    Petitioner, )
) **1:05CV00547**
v. )
) 1:03CR64-1
United States of America, )
)
    Respondent. )

## ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order.

**IT IS SO ORDERED.**

                                       /s/ P. Trevor Sharp
                              United States Magistrate Judge

Date: June 16, 2005